ERIC CALAMIA, Individually and Trading under the Name of REINHARD BROS., Respondent, *v.* GOLDSMITH BROS., INC., Appellant.

Argued April 14, 1949; decided May 26, 1949.

*Orrin G. Judd, Louis Glazer, Ruth I. Wilson* and *Earle K. Moore* for appellant.

*Malcolm L. Fleischer, Leo Greenfield* and *Herbert M. Markham* for respondent.

Judgment affirmed, with costs; no opinion. [See 299 N. Y. 795.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.